POYDAN, INC., A NEW JERSEY CORPORATION, SPRING-
FIELD STEAK HOUSE, A NEW JERSEY CORPORATION,
AND FRANK BALDAN, PLAINTIFFS-RESPONDENTS,
v. AGIA KIRIAKI, INC., A NEW JERSEY CORPORA-
TION, AAA IMPORTERS LIMITED, A NEW JERSEY
CORPORATION, NICHOLAS PROTOPAPAS, CONSTAN-
TINE ZAVOLAS, NIKITAS PROTOPAPAS, JOHN ZAVO-
LAS AND JOHN PROTOPAPAS, DEFENDANTS-APPEL-
LANTS.

Superior Court of New Jersey
Appellate Division

Argued February 17, 1976—Decided March 1, 1976.

Before Judges ALLCORN, KOLE and ARD.

Mr. *Sanford Silverman* argued the cause for appellant
Agia Kiriaki, Inc. (*Messrs. Surgent & Surgent,* attorneys).

Mr. *Robert A. Rusignola* argued the cause for appellants
Protopapas (*Messrs. Rusignola & Pugliese,* attorneys).

Mr. *Louis M. Minotti* argued the cause for respondents
(*Mr. Minotti* and Mr. *Donald W. Rinaldo,* attorneys).

PER CURIAM. The judgment of the Chancery Division,
130 *N. J. Super.* 141 is affirmed substantially for the
reasons set forth in the opinion of Judge·Fulop.
Affirmed.